UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROLAND RANDALL

V.                          Case Number: 3:02CV2042 (AHN

METRO-NORTH RR CO

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>August 14, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on January 16, 2003 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, December 18, 2003.

KEVIN F. ROWE, CLERK

By: _____
    Alice Montz
    Deputy Clerk