UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

------------------------------X

| | |
|---|---|
| ROLAND RANDALL, | CIVIL ACTION |
| Plaintiff | NO. 3:02CV02042 (AHN) |
| VS. | |
| METRO-NORTH RAILROAD COMPANY, | DECEMBER 17, 2003 |
| Defendant | |

------------------------------X

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

PLAINTIFF, ROLAND RANDALL,

By_____
Scott E. Perry (ct17236)
CAHILL & GOETSCH, P.C.
43 Trumbull Street
New Haven, Connecticut  06511
(203) 777-1000

DEFENDANT, METRO-NORTH RAILROAD COMPANY

By_____
William W. Cobb (ct24870)
LANDMAN CORSI BALLAINE & FORD, P.C.
120 Broadway, 27th Floor
New York, New York 10271-0079
(212) 238-4800