02CV2042 STIP DISM

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

---------------------------------------------------X

ROLAND RANDALL,                           CIVIL ACTION

   Plaintiff                                 NO. 3:02CV02042 (AHN)

VS.

METRO-NORTH RAILROAD COMPANY,             DECEMBER 17, 2003

   Defendant
---------------------------------------------------X

### STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed that this matter may be dismissed with prejudice and without costs to either party.

| PLAINTIFF, ROLAND RANDALL, | DEFENDANT, METRO-NORTH RAILROAD COMPANY |
|---|---|
| By _____ <br> Scott E. Perry (ct17236) <br> CAHILL & GOETSCH, P.C. <br> 43 Trumbull Street <br> New Haven, Connecticut 06511 <br> (203) 777-1000 | By _____ <br> William W. Cobb (ct24870) <br> LANDMAN CORSI BALLAINE & FORD, P.C. <br> 120 Broadway, 27th Floor <br> New York, New York 10271-0079 <br> (212) 238-4800 |

12/30/03. APPROVED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.